# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE DIVINE LUCIO-HERNANDEZ,<br>Plaintiff,<br>v.<br>AMAZON.COM SERVICES LLC, et al.,<br>Defendants. | Case No. 1:26-cv-02607-SAB<br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br>(ECF No. 14)<br>**NOVEMBER 2, 2026 DEADLINE** |

On August 21, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and "the settlement agreement's terms and conditions (including payment of the settlement funds to Plaintiff) will be completed by October 31, 2026." (ECF No. 14.)

Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than **November 2, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **August 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge